STATE OF MINNESOTA

IN SUPREME COURT

A14-0211

OFFICE OF
APPELLATE COURTS

NOV 17 2014

FILED

In re Petition for Disciplinary Action against
Jason William McGee, a Minnesota Attorney,
Registration No. 387360.

ORDER

The Director of the Office of Lawyers Professional Responsibility filed a petition for disciplinary action alleging that respondent Jason William McGee committed professional misconduct warranting public discipline, namely, failing to timely file his 2008-2011 state income taxes, in violation of Minn. R. Prof. Conduct 8.4(d), being convicted of felony failure to pay income taxes, in violation of Minn. R. Prof. Conduct 8.4(b), failing to appear at court hearings in two matters, in violation of Minn. R. Prof. Conduct 1.3, 3.2, and 8.4(d), and failing to cooperate with the Director, in violation of Minn. R. Prof. Conduct 8.1(b) and Rule 25, Rules on Lawyers Professional Responsibility (RLPR). On May 1, 2014, we deemed the allegations in the petition admitted. *See* Rule 13(b), RLPR.

The parties have now entered into a stipulation for discipline. In it, respondent unconditionally admits the allegations in the petition and waives his rights under Rule 14, RLPR. The parties jointly recommend that the appropriate discipline is suspension from the practice of law for a minimum of 1 year with the right to petition for reinstatement after 10 months.

1

This court has independently reviewed the file and approves the jointly recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Respondent Jason William McGee is suspended from the practice of law for a minimum of 1 year, effective 14 days from the date of the filing of this order, with leave to file a petition for reinstatement 10 months after the effective date of his suspension;

2. Respondent may petition for reinstatement pursuant to Rule 18(a)-(d), RLPR. Reinstatement is conditioned on successful completion of the professional responsibility portion of the state bar examination and satisfaction of continuing legal education requirements pursuant to Rule 18(e), RLPR; and

3. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated: November 17, 2014

BY THE COURT:

Alan C. Page
Associate Justice

2